

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDRES JIMENEZ REYNOSO,

        Plaintiff,

-against-

NERVE 1649 PARK AVENUE INC., et al.

        Defendants.

20-CV-2184 (ALC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    For the reasons stated on the record during today's telephonic status conference, it is hereby ORDERED that:

1. Defendants shall serve their written discovery demands upon plaintiff no later than **March 5, 2021**.

2. All remaining fact discovery shall be completed no later than **June 30, 2021**. No further extensions will be granted absent compelling circumstances.

3. As per plaintiff's representation during the conference, plaintiff will not seek collective certification.

4. A settlement conference is scheduled for April 14, 2021, for which the Court will issue a separate order.

Dated:  New York, New York
        March 1, 2021

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**