# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510                                   Telephone: (212) 317-1200
New York, New York 10165                                       Facsimile: (212) 317-1620

May 17, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: May 18, 2021

**Via ECF**

Hon. Barbara C. Moses
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re:     Andres Jimenez Reynoso v. Nerve 1649 Park Avenue Inc., et al
                Docket No.: 20-cv-02184 (ALC) (BCM)

**MEMO ENDORSED**

Your Honor:

       My office represents Plaintiff in the above-captioned matter. I write to respectfully request the Court for an extension of the deadline to submit the settlement agreement for Court approval, from the current deadline of May17, 2021 to June 1, 2021. Defendants consent to this request.

       The parties have prepared an agreement, but need additional time to finalize its terms and to provide the agreement to our respective clients for their review and signatures. This is the first request of its kind.

       Plaintiff thanks the Court for its time and consideration of this matter.

SO ORDERED:

/s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

May 18, 2021

Respectfully submitted,

/s_____
William K. Oates, Esq.
Michael Faillace & Associates, P.C.
*Attorneys for Plaintiff*

cc:     Roger Juan Maldonado, Esq. (via ECF)
         Daniel S. Goldstein, Esq. (via ECF)
         *Attorneys for Defendants*